**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GUADALBERTO VIRGILIO ROJAS-SANTOS; et al., <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER Jr., Attorney General, <br><br> Respondent. | No. 08-72598 <br><br> Agency Nos. A077-294-978 <br> A077-294-979 <br><br> MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 11, 2010 [**]

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

Guadalberto Virgilio Rojas-Santos, and Guadalupe Isabel Santos-Ambrosio,

petition pro se for review of the decision of the Board of Immigration Appeals

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

jlf/Inventory

denying their second motion to reopen the underlying denial of their application for cancellation of removal based on their failure to establish the requisite hardship to their qualifying United States citizen children.

Petitioners do not raise any arguments concerning the BIA's denial of their second motion to reopen as being untimely and numerically barred, and therefore petitioners have waived any challenge to that decision. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259 (9th Cir. 1996) (issues not specifically raised and argued in a party's opening brief are waived).

**PETITION FOR REVIEW DENIED.**